**Florence Wilson NZONGOLA,**
**Appellant,**

v.

**N STREET VILLAGE INC.,**
**et al., Appellees.**

No. 04–7050.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 1, 2004.

Florence Wilson Nzongola, Washington, DC, Plaintiff–Appellant Pro Se.

Before GINSBURG, Chief Judge, and HENDERSON and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order filed March 23, 2004, the only order as to which this appeal is timely, be affirmed. The court did not abuse its discretion in denying reconsideration of the dismissal of appellant's complaint for lack of subject matter jurisdiction, *see Browder v. Director, Department of Corrections,* 434 U.S. 257, 263 n. 7, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978), as any federal claims were patently insubstantial. *See Best v. Kelly,* 39 F.3d 328, 330 (D.C.Cir.1994).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.